DAVID P. GARDNER
Law Offices of David P. Gardner
755 Baywood Drive, 2nd Floor
Petaluma, CA 94954
Telephone: (707) 774-3085
Facsimile: (707) 665-5291

Attorney for Debtors/Plaintiffs

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>GARRETT ALLAN MOORE<br>SUSAN MARIE MOORE,<br><br>          Debtors. | Case No. 11-13325<br><br>Chapter 13<br><br>Adv. No. 13-1175 |
| GARRETT ALLAN MOORE<br>SUSAN MARIE MOORE,<br><br>          Plaintiffs,<br><br>    v.<br><br>AMERICAN EDUCATIONAL SERVICES<br>and BANK OF AMERICA, N.A.,<br><br>          Defendants. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that plaintiffs dismiss this action without prejudice as to AMERICAN EDUCATION SERVICES ("AES"), sued herein as "American Educational Services."

Dated: April 16, 2014.

                                                        By: **/s/ David P. Gardner**
                                                           David P. Gardner
                                                    Attorneys for Debtors/Plaintiffs

# PROOF OF SERVICE

I, David P. Gardner, declare as follows:

1. I am the principal attorney of the Law Offices of David P. Gardner, located in Sonoma County, California. I am over the age of 18 years and not a party to the within action. My business address is 755 Baywood Drive, 2nd Floor, Petaluma, California, 94954. I have personal knowledge of the facts set forth below and if called as a witness I could and would testify competently thereto.

2. On April 22, 2014, I served the attached **NOTICE OF DISMISSAL WITHOUT PREJUDICE** on the attorney for defendant American Educational Services in this action by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid in the United States mail at Petaluma, California, addressed as follows:

> Miriam Hiser, Esq.
> Law Offices of Miriam Hiser
> 550 Montgomery St Ste 650
> San Francisco, CA 94111

I declare under penalty of perjury under the laws of the State of California is true and correct and that this declaration was executed on April 22, 2014, at Petaluma, California.

*/s/ David P. Gardner*
David P. Gardner