Jonathan R. Doolittle (SBN 7715)
Email: jdoolittle@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorney for Defendant
Bank of America, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>GARRET ALLAN MOORE<br>SUSAN MARIE MOORE,<br><br>Debtors. | Chapter 13 Case No. 11-13325 |
| GARRET ALLAN MOORE<br><br>SUSAN MARIE MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN EDUCATIONAL SERVICES and BANK OF AMERICA, N.A.<br><br>Defendants. | Adversary Proceeding No. 13-01175<br><br>**STIPULATION TO VACATE CLERK'S ENTRY OF DEFAULT**<br><br>Hon. Alan Jaroslovsky |

This stipulation is made by and between Plaintiff's Garret Allan Moore and Susan Marie Moore ("Plaintiffs") and Defendant Bank of America, N.A. ("Defendant") by and through their

/ / / /

/ / / ?

/ / / /

– 1 –
STIPULATION TO VACATE CLERK'S ENTRY OF DEFAULT

US_ACTIVE-117731886.1-JRDOOLIT
Case: 13-01175   Doc# 13   Filed: 05/30/14   Entered: 05/30/14 16:03:53   Page 1 of 3

respective counsel, who hereby stipulate as follows:

STIPULATION

1. Plaintiffs filed their First Amended Complaint on March 6, 2014 identifying Bank of America as a Defendant therein.

2. Defendant timely filed an answer to the First Amended Complaint on April 30, 2014, as Plaintiff informally granted an extension of the answer deadline to that date.

3. Defendant and Plaintiff, through their respective counsel, engaged in informal discovery.

4. Defendant provided information evidencing its transfer of the student loan or loans at issue in this adversary proceeding. Before the scheduled May 20, 2014 status conference at which the Court directed the Clerk to enter default against Defendant, Plaintiff agreed to dismiss Defendant from this adversary proceeding after it moves successfully to amend its complaint to assert claims against the present holder of the student loan or loans at issue in this adversary proceeding.

5. Defendant did not appear at the scheduled conference given its understanding with Plaintiff that it would be dismissed from this adversary proceeding after the Plaintiff amended its complaint to add in the present holder of the student loan debt at issue in this proceeding.

6. Plaintiff inadvertently did not inform the Court of the circumstances surrounding the decision by Defendant not to appear at the scheduled conference. Plaintiff agrees the default was entered in error.

7. Plaintiff agrees to vacating the default entered against Bank of America on May 20, 2014.

**SO STIPULATED:**

Dated: May 29, 2014          LAW OFFICES OF DAVID P. GARDNER

/s/ David P. Gardner
DAVID P. GARDNER
Attorney for Debtors/Plaintiff

DATED: May 29, 2014

REED SMITH LLP

By: /s/ *Jonathan R. Doolittle*
Jonathan R. Doolittle
Attorneys for Defendant
Bank of America, N.A.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware