

| | |
|---|---|
| 1 | Jonathan R. Doolittle (SBN 7715) |
| | Email: jdoolittle@reedsmith.com |
| 2 | REED SMITH LLP |
| | 101 Second Street, Suite 1800 |
| 3 | San Francisco, CA 94105-3659 |
| | Telephone: +1 415 543 8700 |
| 4 | Facsimile: +1 415 391 8269 |

**Signed: June 2, 2014**



_____
**ALAN JAROSLOVSKY U.S. Bankruptcy Judge**

5  Attorney for Defendant
   Bank of America, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re | ) Chapter 13 Case No. 11-13325 AJ |
| GARRET ALLAN MOORE | ) |
| SUSAN MARIE MOORE, | ) |
| Debtors. | ) |
| GARRET ALLAN MOORE | ) |
| SUSAN MARIE MOORE, | ) Adversary Proceeding No. 13-01175 |
| Plaintiffs, | ) **ORDER VACATING CLERK'S ENTRY OF DEFAULT** |
| vs. | ) Hon. Alan Jaroslovsky |
| AMERICAN EDUCATIONAL SERVICES and BANK OF AMERICA, N.A. | ) |
| Defendants. | ) |

Pursuant to the stipulation by and between Plaintiff's Garret Allan Moore and Susan Marie Moore ("Plaintiffs") and Defendant Bank of America, N.A. ("Defendant") by and through their respective counsel, and good cause shown,

1
2  **IT IS ORDERED** that the default entered against Defendant Bank of America, N.A. on May
3  20, 2014 is hereby vacated.
4
5  ***END OF ORDER***
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

A limited liability partnership formed in the State of Delaware

– 2 –
ORDER VACATING CLERK'S ENTRY OF DEFAULT

US_ACTIVE-117800827.1-JRDOOLIT

Case: 13-01175    Doc# 14    Filed: 06/02/14    Entered: 06/02/14 15:52:20    Page 2 of 2