# UNITED STATES BANKRUPTCY COURT
## Northern District of California

rret Allan Moore  
san Marie Moore,

        Debtor(s),

Bankruptcy Case No. 11-13325-AJ

rret Allan Moore  
san Marie Moore,

        Plaintiff(s),

vs.

nk of America, N.A.

        Defendant(s),

Adversary Case No. 13-1175

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or

STATES BANKRUPTCY COURT  
HERN DISTRICT OF CALIFORNIA  
99 South "E" Street  
nta Rosa, California 95404-4728

OFFICIAL BUSINESS

RECEIVED JUL 25 2014 U.S. BANKRUPTCY COURT SANTA ROSA, CA

neopost  
05/20/2014  
US POSTAGE $00.48  
FIRST-CLASS MAIL  
ZIP 95404  
041L10201568

Brian T. Moynihan, President  
Bank of America  
Bankruptcy Department  
P.O. Box 26012  
Charlotte, NC 27420

NIXIE    282   7E 1009     0007/21/14  
RETURN TO SENDER  
NOT DELIVERABLE AS ADDRESSED  
UNABLE TO FORWARD  
BC: 95404651799    *1905-11662-20-41

# UNITED STATES BANKRUPTCY COURT
## Northern District of California
**FILED MAY 20 2014**
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

rret Allan Moore  
san Marie Moore,

Bankruptcy Case No. 11-13325-AJ

Debtor(s),

rret Allan Moore  
san Marie Moore,

Adversary Case No. 13-1175

Plaintiff(s),

vs.

nk of America, N.A.

Defendant(s),

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or

---

STATES BANKRUPTCY COURT  
HERN DISTRICT OF CALIFORNIA  
99 South "E" Street  
nta Rosa, California 95404-4728

OFFICIAL BUSINESS

**RECEIVED JUL 25 2014 U.S. BANKRUPTCY COURT SANTA ROSA, CA**

Brian T. Moynihan, President  
Bank of America  
Bankruptcy Department  
P.O. Box 26012  
Charlotte, NC 27420

neopost 05/20/2014 US POSTAGE $00.48

DIXIE 282 7E 1089 0007/21/14
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 95404651799 *1905-11662-20-41

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

FILED
MAY 20 2014 UW
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

rret Allan Moore
san Marie Moore,

    Bankruptcy Case No. 11-13325-AJ

    Debtor(s),

rret Allan Moore
san Marie Moore,

    Adversary Case No. 13-1175

    Plaintiff(s),

    vs.

nk of America, N.A.

    Defendant(s),

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or

---

STATES BANKRUPTCY COURT
HERN DISTRICT OF CALIFORNIA
99 South "E" Street
nta Rosa, California 95404-4728

**OFFICIAL BUSINESS**

RECEIVED
JUL 25 2014
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

Brian T. Moynihan, President
Bank of America
Bankruptcy Department
P.O. Box 26012
Charlotte, NC 27420

neopost
05/20/2014
US POSTAGE $00.48

NIXIE   282  7E 1       0007/21/14
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 95404651799    *1905-11602-20-41